ACCEPTED
06-15-00108-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2015 9:55:02 AM
DEBBIE AUTREY
CLERK

**Appellate Docket Number: 06-15-00108-CR**
**Appellate Case Style: Alexander Nathaniel Brenes v. The State of Texas**

**DOCKETING STATEMENT (CRIMINAL)**
**Sixth Court of Appeals**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2015 9:55:02 AM
DEBBIE AUTREY
Clerk

**I.  Parties (TRAP 32.2(a)):**

| Appellant (or Appellee, if State is appealing): | Co-defendant(s): |
|---|---|
| **Alexander Nathaniel Brenes**<br><br>(*See* note at bottom of page) | |
| Trial Attorney:<br><br>**Don Haslam**<br><br>Appointed ☒  Retained ☐ | Appellate Attorney:<br><br>**Don Biard**<br><br>Appointed ☒  Retained ☐<br><br>If appointed, was a hearing on indigency held?<br>Yes ☐   No ☒ |
| Address:<br><br>**3140 Clark Lane**<br>**Paris, Texas 75460** | Address:<br><br>**38 First Northwest**<br>**Paris, Texas 75460** |
| Telephone: **(903)739-9221**<br>(include area code) | Telephone: **(903)785-1606**<br>(include area code) |
| Telecopy: **(888)541-9780**<br>(include area code) | Telecopy: **(903)785-7580**<br>(include area code) |
| SBN: **24071792** | SBN: **24047755** |

If not represented by counsel, provide appellant's (appellee's, if State is appealing) address, telephone number, and telecopy number.

**II.  Perfection Of Appeal, Judgment And Sentencing (TRAP 32.2(b), (d), (f), (g), (h), (i), (j), (k)):**

| | |
|---|---|
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:<br>**06/19/2015**<br><br>(Attach a signed copy, if possible) | Date notice of appeal filed in trial court:<br><br>**06/19/2015**<br><br>(Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing) |
| Offense charged:<br><br>**Possession of Marijuana and Possession of Ecstasy with Intent to Deliver**<br><br><br>Date of offense:<br><br><br>**4/23/2010**<br><br>Defendant's plea:<br><br>**Guilty**<br><br><br>If guilty plea, does Defendant have the trial court's permission to appeal?<br><br>Yes ☑    No ☐<br><br><br><br>Was the trial jury or nonjury?<br><br>  Guilt or innocence phase:<br><br>    Jury ☐      Nonjury ☑<br><br>  Punishment phase:<br><br>    Jury ☐      Nonjury ☑ | Punishment assessed:  **25 Years Institutional Division, TDC**<br><br><br>Is the appeal from a pretrial order?<br><br>  Yes ☑      No ☐<br><br>If yes, please specify.<br><br>**Denial of Motion to Suppress**<br><br><br>Does the appeal raise jurisdictional issues in the trial court?        Yes ☐      No ☑<br><br>If yes, please specify.<br><br><br><br>Does the appeal involve the validity of a statute, rule or ordinance?<br><br>  Yes ☐      No ☑<br><br>If yes, please specify.<br><br><br><br>Will you challenge this Court's jurisdiction?  If yes, explain.<br><br>**No** |

**III.    Actions Extending Time To Perfect Appeal (TRAP 32.2(e)):**

| Action | Filed<br>Check as appropriate | | Date Filed |
|---|---|---|---|
| Motion for New Trial | No ☑ | Yes ☐ | |
| Motion in Arrest of Judgment | No ☑ | Yes ☐ | |
| Other (specify): | No ☑ | Yes ☐ | |

**IV.    Indigency Of Party (TRAP 32.2(n)):** (Attach file-stamped copy of motion and affidavit)

| Event | Filed<br>Check as appropriate | | Date | N/A |
|---|---|---|---|---|
| Motion and affidavit filed | No ☑ | Yes ☐ | | |
| Date of hearing: | | | | N/A |
| Date of order: | 06/24/2015 | | | N/A |
| Ruling on motion:<br>Granted ☑    Denied ☐ | | | | N/A |

**V.    Trial Court And Record (TRAP 32.2(c), (l), (m)):**

| Court:<br><br>6th District Court | County:<br><br>Lamar | Trial Court Docket Number<br>(Cause No.):<br><br>No. 23814 |
|---|---|---|

| Trial Judge (who tried or disposed of case):<br><br>Hon. Bill Harris | Court Clerk (district clerk):<br><br>Shawntel Golden |
|---|---|

Court Reporter or Court Recorder:  **Mary Ann Taylor**

Telephone Number:  **(903)782-1104**

Telecopy Number:

Address:  **119 N. Main**
    **Paris, TX 75460**

(Attach additional sheet if necessary for additional court reporters/recorders)

| Length of trial (approximate):<br><br>**One Day** | State arrangements made for payment of court reporter/recorder:<br><br>**Paid by County** | |
|---|---|---|
| Reporter's or Recorder's Record<br>(check if electronic recording ☐) | None  ☐ | Will request ☐ | Was requested on: **06/24/2015** |

**VI.**     **Related Matters:** List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

**VII.**     Any other information requested by the court (see attachments, if any).

**d.**

**VIII.**     **Signature:**

_____

Signature of counsel
(or pro se party)

Printed Name: **Don Biard**

Date: _6 July 2015_

State Bar No.: **2404775**

**IX.** **Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on the 6th day of **July, 2015**.

**Gary Young**
**Attorney for State**
**Via email**

_____
Signature

(TRAP 9.5(e) requirements stated below; use additional sheets, if necessary)

**Note:** **Certificate of Service Requirements (TRAP 9.5(e)):** A certificate of service must be signed by the person who made the service and must state:

(1)    the date and manner of service;
(2)    the name and address of each person served; and
(3)    if the person served is a party's attorney, the name of the party represented by that attorney.